ACTIVE MORTGAGE COMPANY, respondent,

*v.*

HENRY R. EISENBERG COMPANY, INCORPORATED, appellant.

[Decided May 19th, 1930.]

*Mr. Samuel Roessler,* for the respondent.

*Mr. Max Krueger (Messrs. Minturn & Weinberger,* of counsel), for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *104 N. J. Eq. 569, sub nom. Active Mortgage Co.* v. *Apex Building Co.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.